Wesley D. Ray (SBN 026351)
Wesley.Ray@SacksTierney.com
Philip R. Rudd (SBN 014026)
Philip.Rudd@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

## THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANDES INDUSTRIES, INC.,<br><br>PCT INTERNATIONAL, INC.,<br><br>    Debtors.<br><br>This filing applies to:<br>  ___ Both Debtors<br>  _X_ PCT International<br>  ___ Andes International<br><br>PCT INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JOVITA CARRANZA, IN HER CAPACITY AS ADMINISTRATOR FOR THE U.S. SMALL BUSINESS ADMINISTRATION,<br><br>    Defendant. | Chapter 11 Proceedings<br><br>Case No.: 2:19-bk-14585-PS<br>Joint Administration With<br>Case No. 2:19-bk-14586-PS<br><br>Adv. No: 2:20-ap-00118-PS<br><br>**STIPULATION CONCERNING:**<br><br>**(A) CONVERSION OF TRO/OSC HEARING SET FOR MAY 11 AT 1:00 P.M. TO A STATUS/SCHEDULING HEARING;**<br><br>**(B) SBA'S RESERVATION OF AUTHORIZATION FOR A PPP LOAN TO PLAINTIFF AND AGREEMENT TO ALLOW LOAN PROCESS TO OCCUR;**<br><br>**(C) CONSOLIDATION OF TRIAL ON MERITS WITH PRELIMINARY INJUNCTION;**<br><br>**(D) REQUEST TO SET TRIAL DATE AND ESTABLISH TRIAL PROCEDURES** |

<mark>

<mark>SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693</mark>

WHEREAS, PCT International, Inc. ("PCT" or "Plaintiff") and Jovita Carranza, in her capacity as Administrator for the U.S. Small Business Administration ("SBA" or "Defendant") (collectively, the "Parties"), appeared before the Court on May 11, 2020 at 1:00 pm for a hearing on Plaintiff's *Motion for Temporary Restraining Order and Preliminary Injunction* ("Injunction Motion") pursuant to the *Order Setting Expedited Hearing and Order to Show Cause Hearing Regarding PCT's Motion for Temporary Restraining Order and Preliminary Injunction* ("Order Setting TRO/OSC Hearing").

WHEREAS, the parties communicated to the Court prior to the May 11, 2020 hearing that the parties had reached an agreement in principal to vacate the TRO/OSC hearing and wished to proceed instead with a status conference to schedule a trial on the merits of Plaintiff's *Complaint for Declaratory and Injunctive Relief; Writ of Mandamus and Damages* ("Complaint").

WHEREAS, the Court scheduled hearing on Plaintiff's Injunction Motion on June 3, 2020 at 10:00 am.

The Parties, by and through their undersigned counsel, hereby stipulate, agree and request, as follows:

A. Defendant shall reserve authorization for one Payroll Protection Program ("PPP") loan for Plaintiff, in the amount of $847,535 (the "PPP Loan"), pending the outcome of the trial on the merits of Plaintiff's *Complaint for Declaratory and Injunctive Relief; Writ of Mandamus and Damages* ("Complaint"). The PPP Loan would be authorized by PPP funding legislation enacted on April 24, 2020. Defendant will set aside these funds without conceding any claim or argument raised by Plaintiff in this case, nor waiving any claim, defense or argument that the SBA may have in response to Plaintiff's claims in this case. Defendant agrees and represents that the reservation of authorization called for hereunder will result in the preservation of appropriate funds so that, in the event this Court enters judgment in Plaintiff's favor upon adjudication of the Complaint and so long as the PPP Loan is otherwise approved by a participating lender, funds will be immediately available for disbursement to Plaintiff in connection with the PPP Loan.

B. The Parties agree that the trial on the merits of Plaintiff's Complaint shall be consolidated with the trial on the Plaintiff's request for a preliminary injunction as set forth in the Injunction Motion.

C. Defendant shall file its opposition to the Injunction Motion by May 20, 2020.

D. Plaintiff shall file any reply brief by May 27, 2020.

E. The Parties agree and request that the page limit for Defendant's Opposition Brief be extended to 30 pages, and that the page limit for Plaintiff's Reply brief be extended to 20 pages.

F. The Parties acknowledge and agree that all discovery and other-pretrial requirements will be abbreviated or eliminated, such that the Court may fully adjudicate the Complaint upon the conclusion of the trial.

G. The Parties request that the Court set a status hearing on this matter for a date no later than May 18, 2020, or as soon thereafter as the Court's calendar permits, to address any pre-trial evidentiary issues or disagreements among the Parties.

RESPECTFULLY SUBMITTED: May 14, 2020.

SACKS TIERNEY P.A.

By: _____
Wesley D. Ray
Philip R. Rudd
Attorneys for Plaintiff

JOSEPH H. HUNT
Assistant Attorney General

By: */s/ Kevin P. VanLandingham (with permission)*
KEVIN P. VANLANDINGHAM
(NY Reg. No. 4741799)
Attorneys for Defendant

COPY of the foregoing mailed (or served via electronic notification if indicated by an "*") on May 14, 2020, to:

U.S. Small Business Administration
Attn: Jovita Carranza, Administrator
409 3rd Street SW
Washington, DC 20416

Office of the U.S. Attorney, District of Arizona
Attn: Civil Process Clerk
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-4449

Office of the Attorney General of the United States of America
Attn: Civil Process Clerk
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Joseph H. Hunt, Assistant Attorney General, Civil Division
Ruth A. Harvey, Director
Margaret M. Newell, Assistant Director
Kevin P. VanLandingham*, Trial Attorney
Email: kevin.p.vanlandingham@usdoj.gov
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875

U.S. Trustee * USTPRegion14.PX.ECF@USDOJ.gov
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Ste. 204
Phoenix, AZ 85003-1725

Christopher J. Pattock * Christopher.J.Pattock@usdoj.gov
Office of U.S. Attorney
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706

By: */s/ Cathie Bernales*